# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MARCUS ANTONIO ZAMUDIO-OROZCO,<br><br>        Defendant. | Case No. 2:23-cr-00058-JCM-VCF<br><br>**Order**<br><br>[Docket No. 24] |

Pending before the Court is a motion for status conference regarding a request for new counsel filed by Defendant Marcus Antonio Zamudio-Orozco's appointed attorney, Keisha Matthews. Docket No. 24. The motion seeks expedited relief given the upcoming trial date. *See id.* at 2.

The Court hereby **SETS** that motion for a hearing at 11:00 a.m. on August 28, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.

IT IS SO ORDERED.

DATED: August 23, 2023

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge