**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00058-JCM-VCF |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| v. | |
| MARCUS ANTONIO ZAMUDIO-OROZCO, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the second stipulation of the sentencing date.
2. That defendant Zamudio requests additional time to put together mitigating materials and to otherwise prepare for sentencing which will involve, from the defense perspective, a relatively complex criminal history issue.
3. That Mr. Zamudio personally requested this sentencing continuance because he is attempting to tie up personal local matters before serving his federal sentence including ensuring he can arrange with family members to receive $5,000 in bail money he personally posted for a Nevada charge that defense counsel was able to get dismissed because of the federal prosecution.
4. That having the additional time to prepare for his prison sentence and inevitable removal from the country is important to Mr. Zamudio.
5. That more time is also needed to allow Mr. Zamudio and defense counsel to acquire sentencing materials.

6. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to adequately prepare for sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the sentencing currently scheduled for July 12, 2024, at the hour of 10:00 a.m., be vacated and continued to **August 19, 2024, at 10:30 a.m.**

DATED this 10th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

4