**HOFLAND & TOMSHECK**
Jason F. Carr, Esq.
Nevada State Bar No. 6587
josht@hoflandlaw.com
228 South Fourth Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

Appointed counsel for **Marcus Antonio Zamudio-Orozco**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS ANTONIO ZAMUDIO-OROZCO,<br><br>　　　　Defendant. | Case No. 2:23-cr-00058-JCM-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(FOURTH REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Jason F. Carr, Esq., CJA appointed counsel for Marcus Antonio Zamudio-Orozco, that the sentencing set for September 27, 2024, at 10:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1. This is the fourth stipulation of the sentencing date.
　　　　2. That defendant Zamudio personally asked for this request for a continuance of the sentencing date because he is still working on putting his affairs in the United States in order to serve his prison sentence in this matter and then face his inevitable removal from the country.  This effort includes trying to acquire

    personal property that was seized by the Nye County Sheriff's office during an arrest for charges the county ultimately dismissed.

3. That counsel for Zamudio has a conflict with existing deadlines preventing him from filing a timely sentencing memorandum. This includes an amended petition counsel filed last week in *State v. Terrell Kemp*, A-22-852239 and another amended petition due on September 27, 2023 in *State v. Anthony Barr*, A-21-835125-W.

4. That, from the defense perspective, a sentencing memorandum is necessary in this matter because of an outstanding informal objection to the presentence investigation report that is not yet resolved. This issue involves the criminal history calculation portion of the report.

5. That defense counsel was able to meet in-person with Mr. Zamudio on September 19, 2024, to prepare for sentencing. Mr. Zamudio has questions about the PSR that defense counsel and Mr. Zamudio did not have the time to resolve during that meeting. Further consultation is required before Mr. Zamudio is ready for sentencing.

For these reasons, the parties respectfully request the sentencing date be continued.

DATED this 23rd Day of September, 2024.

| | |
|---|---|
| HOFLAND AND TOMSHECK | JASON M. FRIERSON<br>United States Attorney |
|   /s/ Jason F. Carr<br>By:_____<br>JASON F. CARR, ESQ.<br>CJA Counsel Zamudio-Orozco |   /s/ Edward G. Veronda<br>By:_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS ANTONIO ZAMUDIO-OROZCO,<br><br>Defendant. | Case No. 2:23-cr-00058-JCM-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

**FINDINGS OF FACT**

The Stipulation is entered into for the following reasons:

1. This is the fourth stipulation of the sentencing date.

2. That defendant Zamudio personally asked for a continuance of the sentencing date because he is still working on putting his affairs in the United States in order to serve his prison sentence in this matter and then face his inevitable removal from the country. This effort includes working with defense counsel to acquire personal property that was seized by the Nye County Sheriff's office during an arrest for charges the county ultimately dismissed.

3. That counsel for Zamudio has a conflict with existing deadlines preventing him from filing a timely sentencing memorandum. This includes an amended petition counsel filed last week in *State v. Terrell Kemp*, A-22-852239 and another amended petition due on September 27, 2023 in *State v. Anthony Barr*, A-21-835125-W.

4. That, from the defense perspective, a sentencing memorandum is necessary in this matter because of an outstanding informal objection to the presentence investigation report that is not yet resolved. This issue involves the criminal history calculation portion of the report.

5. That defense counsel was able to meet in-person with Mr. Zamudio on September 19, 2024, to prepare for sentencing. Mr. Zamudio has questions about the PSR that defense counsel and Mr. Zamudio did not have the time to resolve during that meeting. Further consultation is required before Mr. Zamudio is ready for sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant since the failure to grant said continuance would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the sentencing currently scheduled for September 27, at the hour of 10:00 a.m., be vacated and continued to **November 15, 2024, at 10:00 a.m.**

DATED September 25, 2024.

_____
UNITED STATES DISTRICT JUDGE

4